# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE PURNELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION LLC; EQUIFAX, INC.; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00393-DAD-EPG<br><br>**ORDER TERMINATING DEFENDANT TRANS UNION LLC** |

　　　　On May 30, 2017, the parties filed a stipulation dismissing Defendant Trans Union LLC from this case with prejudice, with each side to bear its own costs and attorney fees. Plaintiff and Defendant Trans Union LLC have agreed to the stipulation. Pursuant to the stipulation, all claims of Plaintiff Georgette Purnell against Defendant Trans Union LLC have been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is DIRECTED to terminate Trans Union LLC as a defendant in this case.

IT IS SO ORDERED.

　　Dated: __**June 1, 2017**__　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE